IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES RIVER INSURANCE COMPANY<br>*Plaintiff,*<br><br>v.<br><br>QA CONSTRUCTION SERVICES, INC., QA ROOFING, INC., GALT CONSTRUCTION, INC., and CASTLES CONDOMINIUMS COUNCIL OF CO-OWNERS, INC., A/K/A SANDCASTLE COUNCIL OF CO-OWNERS, INC.<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:23-cv-192 |

## JAMES RIVER'S COMPLAINT FOR DECLARATORY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW James River Insurance Company ("James River"), complaining of QA Construction Services, Inc., QA Roofing, Inc., Galt Construction, Inc., and Castles Condominiums Council of Co-Owners, Inc. a/k/a Sandcastle Council of Co-Owners, Inc., and for cause of action shows as follows:

### Parties

1.     James River is a Virginia insurance company with its principal place of business in Richmond, Virginia.

2.     QA Construction Services, Inc., is a Texas corporation with its principal place of business in Austin, Texas. QA Construction Services, Inc., can be served with process by and through its registered agent, Marcos Gutierrez, 5811 Blue Bluff Road, Austin, Texas 78724.

3. QA Roofing, Inc., is a Texas corporation with its principal place of business in Austin, Texas. QA Roofing, Inc. can be served with process by and through its registered agent, Marcos Sandoval Gutierrez, 5811 Blue Bluff Road, Austin, Texas 78724.

4. Galt Construction, Inc. ("Galt") is a Texas corporation with its principal place of business in McKinney, Texas. Galt can be served with process by and through its registered agent, L. G. Norrell, 703 N. Greenville, Allen, Texas 75002.

5. Castles Condominiums Council of Co-Owners, Inc., a/k/a Sandcastle Council of Co-Owners, Inc. (the "HOA") is a Texas corporation with its principal place of business in Port Aransas, Texas. The HOA can be served with process by and through its registered agent, Condominium Consulting & Management Services, LLC, 200 S. Alister St., Ste. C., Port Aransas, Texas 78373.

## Jurisdiction and Venue

6. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between James River and the defendants and the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00.

7. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(a) in that all or a significant part of the acts or omissions giving rise to this claim occurred in this judicial district and because the underlying lawsuit is pending in a state court in this judicial district.

8. This is an action for declaratory relief pursuant to 28 U.S.C. § 2201 *et seq.*, as hereinafter more fully appears.

## The Underlying Claims

9. QA Construction Services, Inc. and/or QA Roofing, Inc. (collectively "QA") was retained by the HOA to perform work at the Sandcastle Condominiums, located at or near 800

Sandcastle Drive, Port Aransas, Texas (the "Project"), in connection with the repair and replacement of roofing damage caused by Hurricane Harvey. According to the HOA, the work performed by QA on the Project was defective and resulted in damage to the roofing system and to other portions of the Project via water intrusion and otherwise.

10. The HOA also contracted with Galt to perform work in connection with repairing and restoring improvements at the Project. Ultimately, according to Galt, Galt provided labor and materials to remedy and repair interior and water intrusion damages caused by QA's allegedly defective work. The HOA later assigned to Galt its claims against QA arising from the interior damages and water intrusion allegedly caused by QA's defective work.

11. On or about May 6, 2022, Galt filed suit against QA on its assigned claims. That lawsuit is styled *Galt Construction, Inc. v. QA Roofing, Inc.,* Cause No. 2022DCV-1572-G in the 319th Judicial District Court of Nueces County, Texas (the "underlying lawsuit"). The underlying lawsuit has been stayed, and Galt's claims have been referred to arbitration before the Honorable Paul Davis (the "arbitration"). The arbitration is currently in progress (the claims asserted by Galt against QA in the underlying lawsuit and in the arbitration are referred to as the "Galt claims").

12. On or about March 7, 2023, counsel for the HOA sent a demand letter to QA indicating its intent to pursue claims against QA relating to its allegedly defective work at the Project (the "HOA claims").

13. The Galt claims and the HOA claims are referred to collectively as the "underlying claims."

14. James River is currently defending QA in the underlying lawsuit and arbitration under reservation of rights and has retained counsel to represent QA in connection with the HOA claims in anticipation of litigation.

**The James River Policies**

15. James River issued Policy Nos. 00088594-0/1/2/3 to QA, effective from January 23, 2019, to January 23, 2020, and renewed annually to January 23, 2023 (the "Policies"). The Policies contain the following insuring agreement:

> COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY
>
> 1. Insuring Agreement
>
> a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:
>
> (1) The amount we will pay for damages is limited as described in Section III – Limits of Insurance; and
>
> (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage A or B or medical expenses under Coverage C.
>
> No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

      b.      This insurance applies to "bodily injury" and "property damage" only if:

            (1)     The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

            (2)     The "bodily injury" or "property damage" occurs during the policy period.

      c.      "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of any "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

16.    In connection with this insuring agreement, the Policies contain the following definitions:

      13.    "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

      17.    "Property damage" means:

          a.    Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

          b.    Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the occurrence" that caused it.

17.    The Policies also contain the following exclusion:

      b.      Contractual Liability

      "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This

exclusion does not apply to liability for damages:

    (1) That the insured would have in the absence of the contract or agreement; or

    (2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

        (a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

        (b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

18. In connection with this exclusion, the Policies contain the following definition:

    9. "Insured contract" means:

        * * *

        f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence

of any contract or agreement. Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

 (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

 (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

19. The Policies also contain the following exclusions:

 j. Damage to Property

"Property damage" to:

(5) That particular part of real property on

        which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

    (6)    That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

        \* \* \*

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

k.    Damage to Your Product

"Property damage" to "your product" arising out of it or any part of it.

l.    Damage to Your Work

"Property damage" to "your work" arising out of it or any part of it and included in the "products - completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

m.    Damage to Impaired Property or Property Not Physically Injured

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

    (1)    A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

    (2)    A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

20. In connection with these exclusions, the Policies contain the following definitions:

    8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

        a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

        b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

    16. "Products-completed operations hazard":

        a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

            (1) Products that are still in your physical possession; or

            (2) Work that has not yet been completed or abandoned.

            However, "your work" will be deemed completed at the earliest of the following times:

                (a) When all of the work called for in your contract has been completed.

                (b) When all of the work to be done at

        the job site has been completed if your contract calls for work at more than one job site.

    (c)    When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

    b.    Does not include "bodily injury" or "property damage" arising out of:

    (1)    The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

    (2)    The existence of tools, uninstalled equipment or abandoned or unused materials; or

    (3)    Products or operations for which the classification listed in the Declarations or in a policy schedule states that products-completed operations are subject to the General Aggregate Limit.

21.    "Your product":

    a    Means:

    (1)    Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

    (a)    You;

      (b) Others trading under your name; or

      (c) A person or organization whose business or assets you have acquired; and

    (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such good or products.

  b. Includes:

    (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

    (2) The providing of or failure to provide warnings or instructions.

  c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

  a. Means:

    (1) Work or operations performed by you or on your behalf; and

    (2) Materials, parts or equipment furnished in connection with such work or operations.

  b. Includes:

    (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

    (2) The providing of or failure to provide warnings or instructions.

21. Additionally, the Policies include the following endorsement:

COMBINED POLICY EXCLUSIONS

This endorsement modifies insurance provided under the following:

ALL COVERAGE PARTS

The following exclusions are added to this policy:

****

CLAIM(S) IN PROGRESS EXCLUSION

a. This policy does not apply to "bodily injury", "personal and advertising injury" or "property damage" which begins or takes place before the inception date of coverage, whether such "bodily injury", "personal and advertising injury" or "property damage" is known to an insured, even though the nature and extent of such damage or injury may change and even though the damage may be continuous, progressive, cumulative, changing or evolving, and even though the "occurrence" causing such "bodily injury", "personal and advertising injury" or "property damage" may be or may involve a continuous or repeated exposure to substantially the same general harm.

b. All "property damage" to units of or within a single project or development, and arising from the same general type of harm, shall be deemed to occur at the time of damage to the first such unit, even though the existence, nature and extent of such damage or injury may change and even though the "occurrence" causing such "property damage" may be or involve a continuous or repeated exposure to substantially the same general harm which also continues or takes place (in the case of repeated exposure to substantially the same general harm) during the policy term.

****

DAMAGES LIMITATION

Damages mean a monetary judgment, award, or settlement. Damages do not include:

a. Civil or criminal fines, sanctions or penalties, whether

        imposed pursuant to statute or otherwise; or

b.      Judgments or awards arising from acts or omissions deemed uninsurable by law; or

c.      The restitution of consideration or expense paid to you for professional services rendered or which should have been rendered; or

d.      Disputed fees or any actual or alleged personal profit or advantage to which you are not legally entitled; or

e.      Equitable or non-pecuniary relief.

DUE TO DEFEND EXCLUSION

Where there is no coverage under this policy, there is no duty to defend.

PROFESSIONAL LIABILTIY EXCLUSION

Professional liability, malpractice, errors, omissions, or acts of any type including rendering or failure to render any type of professional service is not covered under this policy nor are any expenses nor any obligation to share damages within or repay anyone else who must pay damages from same, unless such coverage is specifically endorsed onto this policy.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

    22.    The Policies beginning with the one effective on January 23, 2020, contain the following exclusionary endorsement:

EXCLUSION – RESIDENTIAL HOUSING

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE COMMERCIAL EXCESS LIABILITY COVERAGE

This insurance does not apply to "bodily injury", "property

damage" or personal and advertising injury" arising out of "your work" or "your product" relating to "residential housing".

However, this exclusion shall not apply to "bodily injury", "property damage", or "personal and advertising injury" arising out of "your work" or "your product" related to any "apartments" or "apartment building(s)".

> For the purposes of this endorsement the following definitions are added:

"Residential housing" means "real estate" designed or intended for occupancy in whole or in part as a residence (including appurtenant structures), by any person or persons.

"Real estate" includes the land and anything fixed, immovable, or permanently attached to its such as buildings, walls, fixtures, improvements, roads, trees, shrubs, fences, sewers, structures, and utility systems.

"Apartments" means one or more rooms of a building used as a dwelling unit separate from other units in the building and are rented from others by those residing in them.

"Apartment building(s)" means a structure containing two or more separate "apartments".

23. The Policies contain an exclusion for damages arising out of fungi or bacteria that reads as follows:

> FUNGI OR BACTERIA EXCLUSION
>
> This endorsement modifies insurance provided under the following:
>
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
>
> A. The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury and Property Damage Liability:
>
>> 2. Exclusions
>>
>> This insurance does not apply to:
>>
>> Fungi or Bacteria

      a.    "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

      b.    Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity. This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

      ****

C.    The following definition is added to the Definitions Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

24.    Additionally, the Policies contain the following exclusion:

EXCLUSION – EXTERIOR INSULATION AND FINISH SYSTEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A.    This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to whether in whole or in part, the following:

1. The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connections with such a system; or

2. "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system", or any substantially similar system, is used on the part of that structure containing that component, fixture or feature.

B. The following definition is added to the Definitions Section:

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

1. A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

2. The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

3. A reinforced or unreinforced base coat;

4. A finish coat providing surface texture to which color may be added; and

5. Any flashing, caulking or sealant used with the system for any purpose

**Request for Relief**

25. James River states that the underlying claims fail to qualify, in whole or in part, for coverage under the Policies and/or are excluded from coverage, in whole or in part, by one or more of the policy provisions quoted above.

26. James River asks the Court to declare that it is under no duty to defend QA in connection with the Galt claims and that it is under no duty to indemnify QA in connection with any judgment, award, or settlement that may result from those claims.

27. Additionally, James River asks the Court to declare that it is under no duty to furnish coverage to QA for the HOA claims arising out of the project or to defend QA in any resulting litigation of those claims.

28. Alternatively, James River asks that the Court construe the Policies and declare the rights and obligations of the parties in connection with the underlying claims.

WHEREFORE, PREMISES CONSIDERED, James River prays for relief as set out above, for its costs, and for such other and further relief, both at law and in equity, as it may show itself justly entitled and for which it shall ever pray.

Respectfully submitted,

*/s/ Aaron L. Mitchell*
Aaron L. Mitchell – Attorney-in-charge
State Bar No. 14205590
Southern District No. 14205590
aaronm@tbmmlaw.com
Lori Murphy
State Bar No. 14701744
Southern District No. 711885

TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP
2811 McKinney Avenue, Suite 250
Dallas, Texas 75204
Telephone:    (214) 665-0100
Telecopy:      (214) 665-0199

**ATTORNEYS FOR JAMES RIVER INSURANCE COMPANY**